In the Matter of FORT WASHINGTON AUTOMOBILE CLUB, INC., Judgment Creditor, Respondent, *v.* S. G. S. GARAGE CO., INC., Judgment Debtor, Respondent.

MICHAEL J. MURPHY, as Acting Industrial Commissioner of the State of New York, Intervener, Appellant.

NATIONAL CITY BANK OF NEW YORK, Third Party, Respondent.

Supreme Court, Appellate Term, First Department, November 9, 1943.

*Nathaniel L. Goldstein, Attorney-General (W. Gerard Ryan* of counsel), for appellant.

*H. Edwin Goldberg* for judgment creditor, respondent.

MEMORANDUM *Per Curiam.* The service of the third-party subpœna created no lien as against the claim of the State, and the proof showed the debtor's insolvency.

Order reversed, with ten dollars costs and disbursements, and motion granted.

SCHMUCK and HECHT, JJ., concur; McLAUGHLIN, J., dissents in part.

McLAUGHLIN, J. I concur in the reversal but dissent as to the granting of the motion as proof of insolvency should be taken.